IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, as personal representative of THE ESTATE OF MICHEAL CAMPBELL, deceased, and BRENDA CAMPBELL,

      Plaintiffs,

v.                                              No.:   1:14-cv-01156-LH-KK

TRISTATE CAREFLIGHT, LLC, and MARLA HARDY,

      Defendants.

## MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT MARLA HARDY WITH PREJUDICE

COME NOW the Plaintiffs, Andras Szantho, as personal representative of the Estate of Micheal Campbell, deceased, and Brenda Campbell, by and through their attorney of record, and hereby move the Court to dismiss all claims and causes of action asserted or that could have been asserted herein against Defendant Marla Hardy, with prejudice, with each party to bear its own attorney's fees and costs.

                            Respectfully Submitted,

                            LEE HUNT LAW, LLC

                            By: __/S/ *Lee R. Hunt*_____
                                Lee R. Hunt, Esq.
                                1640 Old Pecos Trail, Suite D
                                Santa Fe, NM 87505
                                Phone (505) 954-4868
                                *Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 21st day of April, 2015 I filed the foregoing Motion to Dismiss with Prejudice Against Defendant Marla Hardy electronically through the CM/ECF system, which caused the following parties and/or counsel of record to be served by electronic means:

Robert C. Conklin
Matthew T. Tucker
CONKLIN, WOODCOCK & ZIEGLER, P.C.
320 Gold Avenue SW, Suite 800
Albuquerque, NM  87102
Telephone: 505-224-9160
rcc@conklinfirm.com
mtt@conklinfirm.com
*Attorneys for Defendants TriState CareFlight, LLC*
*and Marla Hardy*


____/S/  *Lee R. Hunt*_____
Lee R. Hunt