IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, as personal
representative of THE ESTATE OF
MICHEAL CAMPBELL, deceased, and
BRENDA CAMPBELL,

        Plaintiffs,

v.                                            No.:  1:14-cv-01156-LH-KK

TRISTATE CAREFLIGHT, LLC, and
MARLA HARDY,

        Defendants.

## MOTION TO DISMISS ALL CLAIMS AGAINST DEFENDANT TRISTATE CAREFLIGHT, LLC WITH PREJUDICE

COME NOW the Plaintiffs, Andras Szantho as personal representative of the Estate of Micheal Campbell, and Brenda Campbell, by and through their attorney of record, and hereby move the Court to dismiss the above-captioned action, and all claims and causes of action asserted or that could have been asserted herein against Defendant TriState CareFlight, LLC, with prejudice, with each party to bear its own attorney's fees and costs.

                          Respectfully Submitted,

                          LEE HUNT LAW, LLC

                          By:  __/S/ *Lee R. Hunt*_____
                              Lee R. Hunt, Esq.
                              1640 Old Pecos Trail, Suite D
                              Santa Fe, NM 87505
                              Phone (505) 954-4868
                              *Attorney for Plaintiffs*

**APPROVED:**

Robert C. Conklin
Matthew T. Tucker
CONKLIN, WOODCOCK & ZIEGLER, P.C.
320 Gold Avenue SW, Suite 800
Albuquerque, NM  87102
Telephone: 505-224-9160
rcc@conklinfirm.com
mtt@conklinfirm.com
*Attorneys for Defendants TriState Careflight, LLC
and Marla Hardy*