IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

ANDRAS SZANTHO, as the Personal Representative
of the ESTATE OF MICHEAL CAMPBELL, and
BRENDA CAMPBELL,

    Plaintiffs,

v.                                                                      No. Civ. 14-01156 LH/KK

TRISTATE CAREFLIGHT, LLC,
and MARLA HARDY,

    Defendants.

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' Motion to Dismiss All Claims against Defendant TriState Careflight, LLC, with Prejudice (ECF No. 35), and Plaintiffs' Motion to Dismiss All Claims against Defendant Marla Hardy with Prejudice (ECF No. 34). The Court, having considered both motions, finds that they are well taken and shall be **granted**.

**IT IS THEREFORE ORDERED** that all claims raised by Plaintiffs in their complaint against Defendants TriState Careflight, LLC, and Marla Hardy, are hereby dismissed with prejudice, with each party to bear its own costs and fees incurred. Because Plaintiffs have dismissed all claims as to all Defendants in this matter, this action is dismissed with prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE